Sintim-Danso v Prestige Travel & Tour

2026 NY Slip Op 50556(U)

April 20, 2026

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Digest-Index Classification: Appeal—Waiver of Right to Appeal--Small Claims Arbitration

Priscilla O. Sintim-Danso, Plaintiff-Respondent,

v

Prestige Travel and Tour, Defendant-Appellant, and Nana Somuah, Eddy Somuah and Kwabena Nyanteh, Defendants.

Supreme Court, Appellate Term, First Department

Decided on April 20, 2026

571685/25

Present: Brigantti, J.P., Tisch, Alpert, JJ.

Defendant appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Anna R. Lewis, J.), entered on or about July 24, 2025, which upon an arbitrator's award, awarded plaintiff the principal sum of $3,750.00.

[*1]

Per Curiam.

Appeal from judgment (Anna R. Lewis, J.), entered on or about July 24, 2025, dismissed, without costs, as taken from a nonappealable paper.

Plaintiff brought this small claims action to recover damages allegedly sustained as the result of defendant travel agent's failure to book plane tickets or issue a refund of her money. The parties consented to arbitration and signed a consent form, which states that the arbitration award is final and that no appeal is permitted (see 22 NYCRR § 208.41 [n] [2]). A judgment was entered pursuant to the award by the small claims arbitrator in favor of plaintiff in the principal sum of $3,750, and defendant now appeals.

In view of the parties' waiver of the right of appeal, no appeal may be taken from the judgment of the Civil Court (see Baker v Lizzardo, 30 Misc 3d 138[A], 2011 NY Slip Op 50223[U] [App Term, 2d, 11th and 13th Jud Dists 2011]). Accordingly, the appeal is dismissed.

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur I concur

Decision Date: April 20, 2026